**2100B (12/15)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 25-50882-SCS
Chapter 13

In re: Debtor(s) (including Name and Address)

Jennifer Lind Bacon
105 Nelson Drive
Williamsburg VA 23185

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____  was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 04/30/2026 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
| --- | --- |
| Claim No. 1: Flagship Credit Acceptance, PO BOX 3807, Coppell, TX 75019 | Westlake Portfolio Management, LLC<br>4751 Wilshire Blvd., Suite 100<br>Los Angeles, CA 90010 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/03/26

Charri S. Stewart
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                          Case No. 25-50882-SCS

Jennifer Lind Bacon                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-6 | User: NataliaNe | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16852225 | + Email/Text: bankruptcy@flagshipcredit.com | May 02 2026 03:33:00 | Flagship Credit Acceptance, PO BOX 3807, Coppell, TX 75019-5877 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Havener | on behalf of Debtor Jennifer Lind Bacon charleshavener@msn.com peter.zooberg@boardman-law.com;mb.havenlaw@gmail.com |
| Elizabeth H. Parrott | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2005 -OPT3, Asset-Backed Certificates, Series 2005-OPT3 Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Kelly M. Barnhart | kbarnhart@kmbch13.com |
| Maria A. Tsagaris | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2005 -OPT3, Asset-Backed Certificates, Series 2005-OPT3 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com |

District/off: 0422-6                          User: NataliaNe                                Page 2 of 2
Date Rcvd: May 01, 2026                       Form ID: trc                                   Total Noticed: 1

Matthew W. Cheney

          ustpregion04.no.ecf@usdoj.gov

Toni Townsend

          on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2005 -OPT3,
Asset-Backed Certificates, Series 2005-OPT3 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

TOTAL: 6